**DISMISS and Opinion Filed May 5, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-85-01392-CV

**TEXAS BUSINESS TELECOMMUNICATION SERVICES, INC., Appellant**
**V.**
**POTOMAC LEASING COMPANY & GLO DEAN TAYLOR D/B/A GLODENE ENTE, Appellees**

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 85-4608-H

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

We reinstate this appeal. This case was abated in 1986 due to bankruptcy. *See*

TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public

Access to Court Electronic Records (PACER) system which shows the bankruptcy

case associated with this appeal was closed on May 31, 1989, effectively dissolving

the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status

of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To

date, neither party has responded. The letter to appellant's attorney was returned because the address was no longer current. Appellant's counsel has not withdrawn from representation and has failed to provide the Court with an up-to-date address. *See* TEX. R. APP. P. 6.5; 5th Tex. App. (Dallas) Loc. R. 2.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c); *Brewer v. Admiral Ins. Co.*, 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

851392F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TEXAS BUSINESS
TELECOMMUNICATION
SERVICES, INC., Appellant

No. 05-85-01392-CV        V.

POTOMAC LEASING COMPANY
& GLO DEAN TAYLOR D/B/A
GLODENE ENTE, Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 85-4608-H.
Opinion delivered by Chief Justice
Burns. Justices Goldstein and Smith
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered May 5, 2021